IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-560-AP**

**SHELLY A. SANCHEZ,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

**KANE, J. ORDERS**

This matter is before the court on the Verified Response to Order to Show Cause (doc. #4), filed December 19, 2008. Sufficient cause having been show, the Order to Show Cause is DISCHARGED. Plaintiff shall immediately file proof of service on defendant.

DATED at Denver, Colorado this 29th day of December, 2008.

                                        BY THE COURT:

                                        *S/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT