# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00560-AP

**SHELLY A. SANCHEZ,**

    Plaintiff,

    v.

**MICHAEL J. ASTRUE,** Commissioner of Social Security,

    Defendant.
___

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES
___

1.     APPEARANCES OF COUNSEL AND PRO SE PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Gregory J. Styduhar<br>125 West B Street<br>Pueblo, CO 1003<br>719-543-9591<br>greg@konciljaandkoncilja.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>SANDRA T. KRIDER<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0015<br>Facsimile: (303) 844-0770<br>Sandra.krider@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

   A. **Date Complaint Was Filed:** 03/20/08
   B. **Date Complaint Was Served on U.S. Attorney's Office:** 12/08/08
   C. **Date Answer and Administrative Record Were Filed:** 02/04/09

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties state that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

   A. **Plaintiffs Opening Brief Due:** 4/10/09
   B. **Defendant's Response Brief Due:** 5/11/09
   C. **Plaintiffs Reply Brief (If Any) Due:** 5/25/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A. **Plaintiffs Statement:** Plaintiff does not request oral argument
   B. **Defendant's Statement:** Defendant does not request oral argument

10. **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11. **OTHER MATTERS**

   THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12. **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

   The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

   DATED: February 25, 2009

   BY THE COURT:

   *s/John L. Kane*
   U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Gregory J. Styduhar<br>Gregory J. Styduhar<br>125 West B Street<br>Pueblo, CO 1003<br>719-543-9591<br>greg@konciljaandkoncilja.com | DAVID M. GAOUETTE<br>Acting United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>s/ Sandra T. Krider<br>SANDRA T. KRIDER<br>Special Assistant U. S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-0015<br>Facsimile: (303) 844-0770<br>Sandra.krider@ssa.gov |